

**EXHIBIT**

**A**

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: David A. Walker

Dothan, AL 36303

From: Mobile Local Office
63 S Royal Street
Suite 504
Mobile, AL 36602

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2015-39874 | JOHN J. BYRD, Investigator | (251) 690-2409 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

- [ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

- [ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

- [ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

- [ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

- [X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

- [ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

- [ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Erika LaCour,
Local Office Director

12-27-2016
(Date Mailed)

Enclosures(s)

cc:

Tammy L. Baker, Attorney
JACKSON LEWIS ATTORNEYS AT LAW
800 Shades Creek Parkway
Suite 870
Birmingham, AL 35209

The McDaniel Law Firm, LLC
Reginald D. McDanile, Esq.
3720 4th Avenue South
Birmingham, AL 35222

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2015-39874 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David A. Walker | (334) 202-2175 | ▬▬-1987 |

| Street Address | City, State and ZIP Code |
|---|---|
| ▬▬▬▬▬, Dothan, AL 36303 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ADVANCE AUTO PARTS | 15 - 100 | (334) 678-1817 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2590 Ross Clark Circle, Dothan, AL 36303 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 09-07-2015    Latest 09-15-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on August 2, 2011 as a Part-Time Driver. On September 9, 2015, I was suspended and subsequently terminated on September 15, 2015. I believe I was suspended and terminated because of my race (Black) and in retaliation for complaining of discrimination.

On June 22; July 8; August 26; and September 9, 2015, I called the Ethic's Hotline to report that I was being discriminated against because of my race by Jack LNU (White, District Manger), Damon LNU (White, General Manager), Randy LNU (White, Parts Manager) and a White, female District Manager (name unknown). I complained about disciplinary actions given to me.

On August 13, 2015, after I learned that a full-time Driver was going to resign, I asked Jack about the position. He informed me that the position was not going to be filled. On September 7, 2015, Angela LNU (White, female, Counter Customer Service Representative) was promoted into the position.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| <br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

FEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2015-39874 |
| | | and EEOC |

*State or local Agency, if any*

On September 9, 2015, a White female District Manager (name unknown) wrote me up and suspended me for three days after I allegedly passed a delivery to another driver. I deny this allegation as Randy did not inform me that I had to make the delivery. Secondly, the other driver, Angela LNU, volunteered to make the delivery.

On September 15, 2015, Jack informed me that I was terminated for asking about a "klan" meeting; for taking three hours to complete a delivery that should have taken two hours; and, for passing a delivery to another driver. I deny these allegations. I had no known performance issues that should have resulted in my suspension or termination.

I was retaliated and discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true t the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| Date      Charging Party Signature | |